SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    vs.<br><br>Parkmont I, LLC,<br><br>        Defendant | Case No. **2:11-cv-02131-WBS-EFB**<br><br>**ORDER RE: STIPULATION FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS** |

**ORDER**

IT IS HEREBY ORDERED THAT pursuant to the stipulation of the parties, the parties shall file dispositional documents no later than December 30, 2011.  The **Scheduling Conference is continued to January 9, 2012 at 2:00 p.m.**

PROPOSED ORDER RE STIPULATION FOR ADDITIONAL TIME TO FILE DISPOSITIONAL

DOCUMENTS

CIV: S-11-cv-02131-WBS-EFB- 1

Date:        December 6, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE